UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * * *

United States of America,

Plaintiff,

vs. ORDER

79.34 Acres of Land, More or Less, Located in St. Louis County, Minnesota; Mary Jean Kramer Revocable Trust; and St. Louis County Treasurer,

Defendant. Civ. No. 01-642 (PAM/RLE)

* * * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 26th day of October, 2001.

I. Introduction

This matter came before the Court on the Plaintiff's Motion for an Order which substitutes Mary J. Kramer for the Mary Jean Kramer Revocable Trust, as the interest of the referenced Trust was transferred to Mary J. Kramer by a legal instrument which was filed, for record, in St. Louis County, Minnesota, on June 5, 2001. The Motion being unopposed, and good cause for the substitution being shown, the Motion is granted.

NOW, THEREFORE, It is --

ORDERED:

FILED Oct. 26, 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ____
DEPUTY CLERK ____

1. That the Plaintiff's Motion to Substitute Mary J. Kramer for the Mary Jean Kramer Revocable Trust [Docket No. 14] is GRANTED.

2. That, hereafter, the caption of this case shall read as follows: United States of America v. 79.34 Acres of Land, More of Less, Located in St. Louis County, Minnesota; Mary J. Kramer; and St. Louis Treasurer.

BY THE COURT:

Raymond L. Erickson

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE