UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * * *

ERRATA

* * * * * * * * * * * * * * * * * * *

United States of America,

Plaintiff,

vs.

79.34 Acres of Land, More or Less, Located in St. Louis County, Minnesota; Mary J. Kramer; and St. Louis County Treasurer,

Defendants. Civ. No. 01-642 (PAM/RLE)

* * * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 26th day of February, 2002.

* * *

The Court hereby amends its Order of October 26, 2001 [Docket No. 16], to correct two typographical errors. On page one, we stated:

> This matter came before the Court on the Plaintiff's Motion for an Order which substitutes Mary J. Kramer for the Mary Jean Kramer Revocable Trust * * *."

The sentence is hereby amended to read:

> This matter came before the Court on the Motion of Defendant Mary Jean Kramer Revocable Trust for an Order which substitutes Mary J.

17

FILED FEB 26 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

> Kramer for the Mary Jean Kramer Revocable Trust * * *."

Similarly, on page two, we wrote:

> 1. That the Plaintiff's Motion to Substitute Mary J. Kramer for the Mary Jean Kramer Revocable Trust [Docket No. 14] is GRANTED.

The sentence is hereby amended as follows:

> 1. That the Motion of Defendant Mary Jean Kramer Revocable Trust to Substitute Mary J. Kramer for the Mary Jean Kramer Revocable Trust [Docket No. 14] is GRANTED.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE