UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-642 PAM/RLE

ORIGINAL

United States of America,

Plaintiff,

v.

79.34 Acres of Land, More or Less, Located in St. Louis County, Minnesota; Mary J. Kramer; and St. Louis County Treasurer,

Defendants.

**ORDER FOR JUDGMENT DETERMINING JUST COMPENSATION AS TO TRACT NO. 36-111**

Pursuant to the Stipulation dated May 24, 2002 filed herewith agreeing to the Amount of Just Compensation for the taking of the fee simple title in Tract No. 36-111 described therein,

IT IS ORDERED by the Court that the just compensation payable by the plaintiff for the taking of the fee simple title in Tract No. 36-111 is the sum of Seven Hundred Fifty Thousand and 00/100 ($750,000.00) Dollars, inclusive of interest, costs, and attorney's fees, and the United States of America shall deposit the sum of Seven Hundred Fifty Thousand and 00/100 ($750,000.00) Dollars into the registry of this Court.

Dated: May 30, 2002

PAUL A. MAGNUSON, JUDGE
United States District Court

MAY 30 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK