UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-642 PAM/RLE

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>79.34 Acres of Land, More or Less, Located in St. Louis County, Minnesota; Mary J. Kramer; and St. Louis County Treasurer,<br><br>Defendants. | **FINAL JUDGMENT OF CONDEMNATION AS TO TRACT NO. 36-111** |

It appearing to this Court that on May 30, 2002 a Judgment approving the Stipulation and determining just compensation was entered in this case by the Honorable Paul A. Magnuson, United States District Court, adjudicating that fee simple title in the lands identified as Tract No. 36-111 as described in the attached Schedule B and the Notice of Lis Pendens, would vest in the United States of America simultaneously upon payment by the United States into the Registry of the Court of Seven Hundred Fifty Thousand and 00/100 ($750,000.00) Dollars, which amount was adjudicated to be full compensation for the taking of said property,

And it further appearing that on June 18, 2002, there was deposited by the plaintiff, United States of America, the sum of Seven Hundred Fifty Thousand and 00/100 ($750,000.00) Dollars, pursuant to said Judgment,

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED THAT on June 18, 2002, the fee simple title in the lands identified as Tract No.

FILED JUN 20 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

36-111, as described on attached Schedule B, is vested in the United States of America free and discharged from all claims and liens of every kind whatsoever.

Dated: June 19, 2002

PAUL A. MAGNUSON, JUDGE
United States District Court