UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-642 PAM/RLE

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>79.34 Acres of Land, More or Less, Located in St. Louis County, Minnesota; Mary J. Kramer; and St. Louis County Treasurer,<br><br>Defendants. | **ORDER TO DISBURSE FUNDS AND DISMISSAL WITH PREJUDICE AS TO TRACT NO. 36-111** |

Plaintiff, United States of America, having moved the Court for an Order directing the Clerk of the Court to disburse funds out of the Registry of the Court to the defendant, Mary Jean Kramer, and to credit such disbursement to the funds now on deposit in the registry of the Court to the credit of Tract No. 36-111, and the Court having considered said motion and having read the application is of the opinion that said motion should be granted.

IT IS THEREFORE, ORDERED that the Clerk of this Court be and hereby ordered to make the following disbursement out of the funds in the registry of the Court:

Seven Hundred Fifty Thousand and 00/100 ($750,000.00) Dollars

Ms. Kramer will appear in person at the United States Courthouse to obtain the disbursement of the funds.

IT IS FURTHER ORDERED that said disbursement be credited to

JUN 20 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Tract No. 36-111, that said disbursement shall conclude this case and that this case be dismissed with prejudice.

Dated: June 20, 2002

PAUL A. MAGNUSON, JUDGE
United States District Court